# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANKLIN BANK CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 08-12924 (CSS) |

## STIPULATION BETWEEN GEORGE L. MILLER, CHAPTER 7 TRUSTEE, LEWIS RANIERI, ANTHONY NOCELLA AND RUSSELL MCCANN

WHEREAS, on March 26, 2009, Anthony Nocella and Russell McCann filed their Motion for Order Authorizing Advancement by Insurer of Defense Expenses of Insured Persons Pursuant to Directors and Officers Liability Insurance Policy ("Motion"); and

WHEREAS, on April 7, 2009, Lewis Ranieri filed a Joinder to the Motion; and

WHEREAS, Messers. Nocella, McCann and Ranieri (collectively "Movants") seek, *inter alia*, an Order from this Court authorizing XL Specialty Insurance Company ("XL Specialty") to advance Defense Expenses[1] in connection with the *Franklin Bank Corp. Securities Litigation*; and

WHEREAS, counsel for the Trustee and counsel for the Movants wish to avoid litigation regarding the Motion and Joinder;

NOW, THEREFORE, the Trustee and Movants (the "Parties") hereby stipulate and agree as follows:

1. The Parties consent to the entry of an order substantially in the form attached hereto with respect to the Motion.

---

[1] Capitalized terms not defined herein shall have the same meaning as set forth in the Memorandum in Support of the Motion.

2. Each Movant shall, on or before May 1, 2009, provide undersigned counsel for the Trustee with a statement (a "Defense Expense Statement") setting forth separately, by month, fees, costs and any other amounts for which they or their counsel have already sought payment from XL Specialty, also noting the amounts paid to date and the payment date(s).

3. Thereafter, no more than 45 days after the close of each calendar quarter, so long as both the *Franklin Bank Corp. Securities Litigation* and this bankruptcy case are pending, the Movants shall provide undersigned counsel for the Trustee with a Defense Expense Statement setting forth separately, by month, fees, costs and any other amounts incurred by or on behalf of the Movants for which they or their counsel have sought payment from XL Specialty, also noting the amounts paid by XL Specialty during that calendar quarter and the payment date(s).

4. As to the information to be supplied in the Defense Expense Statements described in paragraphs 2 and 3 above, the Trustee may request, upon reasonable notice, copies of the underlying invoices that set forth the fees, costs and other amounts sought from XL Specialty, with said invoices being redacted for privileged information and information subject to the attorney work product doctrine.

5. The Parties agree that any Defense Expenses advanced to the Movants by XL Specialty consistent with the terms of the XL Specialty Policy, and pursuant to this Stipulation and the Order approving this Stipulation, shall reduce the limit of liability of the XL Specialty Policy.

6. Except as expressly stated in this Stipulation or granted in the Order approving this Stipulation, the Parties reserve the right (a) to seek such relief as each Party may deem appropriate or necessary at any time from the Bankruptcy Court with respect to the issues herein,

or any issues arising with respect thereto, and (b) to oppose any such relief as is sought by any other Party hereto.

Dated: April 14, 2009

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

By: /s/ Linda Richenderfer
Domenic E. Pacitti (DE Bar No. 3989)
Linda Richenderfer (DE Bar No. 4138)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189 Telephone
(302) 426-9193 Facsimile
*Counsel for George L. Miller,
Chapter 7 Trustee of Franklin Bank Corporation*

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
Jeffrey C. Wisler (DE Bar No. 2795)
Marc J. Phillips (DE Bar No. 4445)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Counsel for Anthony Nocella and Russell McCann*

RICHARDS, LAYTON & FINGER, P.A.

By: _____
Raymond J. DiCamillo (DE Bar No. 3188)
Russell C. Silberglied (DE Bar No. 3462)
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Counsel for Lewis Ranieri*

#677499