# EXHIBIT A



**RICHARD M. FORREST, JD, CPA**
Board Certified Administrative Law
Texas Board of Legal Specialization

www.ForrestLawGroup.com
3555 Timmons Lane, Suite 1250A, Houston, TX 77027
713.627.3737 (phone) 713.627.3738 (fax)

Richard@ForrestLawGroup.com

April 6, 2009

**Via Email: malbert@stinson.com**
Mr. Marc Albert
1150 18th Street, N.W., Suite 800
Washington, DC 20036

**Via Email: lrichenderfer@klehr.com**
Ms. Linda Richenderfer
919 Market St, Suite 1000
Wilmington, DE 19801-3062

    RE: **Franklin Bank Corporation and Franklin Bank SSB**

Dear Mr. Albert and Ms. Richenderfer:

    Marc, we appreciate your concern for the complexities involved in these requests for our client's documents and thank you for your recent correspondence. As you are both already aware, UHY Advisors TX, LLC ("UHY") has certain documents in its possession related to Franklin Bank Corporation and its subsidiary Franklin Bank SSB. The work papers are the property of UHY, and any production of documents would be copies of the originals which UHY will continue to maintain and safeguard. *See* 22 Tex. Admin. Code § 501.76.

    We explained to both of you in the past that, due to the privilege and confidentiality requirements imposed on UHY by Tex. Occ. Code § 901.457, 26 U.S.C. § 7216, UHY is unable to disclose client information to anyone other than the client without that client's consent or a court order. There are exceptions to these rules for certain subpoenas and the Texas and Federal rules differ as to those exceptions. The Texas rule does not allow for production of documents pursuant to a subpoena except for those issued by the SEC or IRS.

    We prepared for your clients a joint consent form that would facilitate the production of documents pursuant to the course we discussed in our conference call in late February. That consent form was provided to both of you on February 25, 2009, but has not been executed.

    We would alternatively propose the following course of action. We will prepare two consent forms, one for each of your clients to execute, allowing for the production of the

documents to the other. Let us know if either of you wants us to prepare that consent form for your client.

Absent execution of the joint consent form or one of the individual consent forms suggested above or a court order, we are unable to produce the documents for inspection and copying. Just as the two of you appear to be, we are unable to determine who controls the privileges related to the documents in UHY's file, and who has the true status of "client" with respect to those documents.

Please let us know if there is anything that we can do to assist either of you moving this matter towards resolution. Additionally, please attach our correspondence to any motion you might file to compel production of UHY's documents, provide me a copy of your motion, and notify me of any hearing set on the matter.

I remain,

Sincerely,

FORREST LAW GROUP

Richard M. Forrest

cc: Client