# EXHIBIT A

# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
## ATTORNEYS AT LAW

**LINDA RICHENDERFER**

Direct Dial: (302) 552-5513
LRichenderfer@klehr.com

919 MARKET STREET
SUITE 1000
WILMINGTON, DELAWARE 19801-3062

(302) 426-1189
FAX (302) 426-9193

www.klehr.com

**New Jersey Office**
457 Haddonfield Road
Suite 510
Cherry Hill, New Jersey 08002-2220
(856) 486-7900

**Philadelphia Office**
260 South Broad Street
Philadelphia, Pennsylvania 19102-5003
(215) 568-6060

**December 15, 2008**

<u>VIA ELECTRONIC MAIL AND US MAIL</u>

John C. Landers
UHY Advisors TX, LLC
12 Greenway Plaza
Suite 200
Houston, TX 77046

RE: **Franklin Bank Corporation**

Dear Mr. Landers:

As you may be aware, on November 12, 2008, Franklin Bank Corporation (the "Debtor" or "FBC") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. (*In re Franklin Bank Corp., Case No. 08-12924(CSS)*). George L. Miller was appointed the Chapter 7 Trustee and is represented by my firm.

On behalf of Mr. Miller, we request that you provide to us any and all records and files, including electronically stored information, relating to services provided by your firm for FBC, in addition to any and all FBC information that may be within your possession, custody or control. You may retain copies of the originals at your own expense.

We would appreciate receiving this information at your earliest convenience and no later than December 22, 2008. If you have any questions, I may be reached at 302-552-5513.

Very truly yours,

Linda Richenderfer

cc: George L. Miller
Morton R. Branzburg, Esq.

DEL1 69927-1