# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| FRANKLIN BANK CORPORATION, | ) Case No. 08-12924 (CSS) |
| Debtor. | ) D.I. # 68 |

## ORDER GRANTING MOTION OF THE FEDERAL DEPOSIT INSURANCE CORPORATION FOR EXAMINATION OF AND PRODUCTION OF DOCUMENTS FROM NON-DEBTOR PURSUANT TO FED. R. BANKR. P. 2004 AND FED. R. CIV. P. 30(b)(6)
### (UHY Advisors TX, LLC)

This matter came before the Court upon the motion of the Federal Deposit Insurance Corporation (the "FDIC") for an order requiring UHY Advisors TX, LLC ("UHY"), a non-debtor third party in the above-captioned bankruptcy proceeding, to attend examination and produce documents pursuant to Fed. R. Bankr. P. 2004 (the "Motion"). The Court has reviewed the record of this matter, and has considered the Response by the Trustee to the relief requested in the Motion and the Reply filed by the FDIC. The Court being fully apprised finds that good cause exists to grant the Motion. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that the Motion be and the same hereby is **GRANTED IN ITS ENTIRETY** as amended in the Response and Reply; and it is

**FURTHER ORDERED** that UHY, through its corporate designee, appear at a date and location to be determined for a 2004 examination in the presence of a court reporter; and it is

**FURTHER ORDERED** that UHY produce the documents requested in paragraph 11 of the Motion and paragraph 7 of the Response, as incorporated on the attached Document Production List, at the office of Stinson Morrison Hecker LLP and the office of counsel for the Trustee at least five (5) business days prior to the 2004 examination; and it is

**FURTHER ORDERED** that the examination and document production granted herein be enforced through the service of a subpoena.

**IT IS ORDERED**, this 15<sup>t</sup> day of May, 2009.
Wilmington, Delaware

                                        HONORABLE CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE

## DOCUMENT PRODUCTION LIST
## (2004 Examination of UHY Advisors TX, LLC)

- Tax returns prepared by UHY for Franklin Bank or the Debtor

- Consolidated tax returns prepared by UHY for Franklin Bank and the Debtor

- Work papers produced in the context of providing accounting services for either Franklin Bank or the Debtor, to the extent that UHY is unable to determine which entity is the client and thus authorized to review the information

- All engagement letters related to the Debtor and/or Franklin Bank

- Tax returns prepared by UHY at the request of the FDIC and related to the Debtor and/or Franklin Bank

- Contacts with the FDIC since November 7, 2008 related to the Debtor and/or Franklin Bank

- Correspondence/Documents/Information received from or sent to the Debtor and/or Franklin Bank

- Involvement with, or work performed in connection with, the Tax Allocation Agreement to which the Debtor and Franklin Bank, inter alia, were parties

- All files relating to or concerning any work performed for or on behalf of the Debtor and/or Franklin Bank