# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| FRANKLIN BANK CORPORATION, | ) Case No. 08-12924 (CSS) |
| Debtor. | ) Related to Docket No. 96 |

## ORDER

Having considered the Motion of George L. Miller, Chapter 7 Trustee, for an Order Directing the Federal Deposit Insurance Corporation to Allow the Trustee to Access and Inspect the Debtor's Former Facilities and Headquarters ("Motion") and the objections thereto by the Federal Deposit Insurance Corporation, and for the reasons stated on the record at the hearing on July 15, 2009, the Motion is **DENIED WITHOUT PREJUDICE.**

The Hon. Christopher S. Sontchi
United States Bankruptcy Judge

July 16, 2009