## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| FRANKLIN BANK CORPORATION, ) | Case No. 08-12924 (CSS) |
| ) | |
| Debtor. ) | **Related to Docket Nos. 165 and 168** |
| ) | |

## ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT THE FDIC AS RECEIVER FOR FRANKLIN BANK, S.S.B. TO FILE CERTAIN AMENDED TAX RETURNS

On September 8, 2010, these matters came before the Court on the Motion for an Order Confirming that the Automatic Stay Does Not Apply or, in the Alternative, for an Order Granting Relief from the Automatic Stay [Docket Entry No. 165] ("Motion to Lift Stay") filed by the Federal Deposit Insurance Corporation, as receiver of Franklin Bank S.S.B. (the "FDIC-R" and the "Bank," respectively) and the Motion of George L. Miller, Chapter 7 Trustee, for an Order Enforcing the Automatic Stay Pursuant to Section 362 and Enjoining the Federal Deposit Insurance Corporation as Receiver for Franklin Bank, S.S.B. from Interfering with Property of the Debtor's Estate [Docket No. 168] ("Motion to Enforce Stay" and collectively with the Motion to Lift Stay, the "Motions") filed by George L. Miller, Chapter 7 Trustee for Franklin Bank Corporation (the "Trustee" and the "Debtor", respectively).

The Court having considered the Motions and having found that (a) the Court has jurisdiction to consider the Motions and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and (b) due and proper notice of the Motions was sufficient under the circumstances and it appearing that no other or further notice need be provided; and upon all of the proceedings before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED** in accordance with the Court's findings, opinions and rulings stated on the record at the September 8, 2010 hearing, all of which are incorporated herein by reference, that the Motion to Lift Stay is **GRANTED IN PART** and **DENIED IN PART**; and it is

**FURTHER ORDERED** that the automatic stay is lifted solely to permit the FDIC-R to file amended tax returns for the 2004, 2005 and 2006 tax years (collectively, the "FDIC-R Tax Papers"), all as a fiduciary of the Bank; and it is

**FURTHER ORDERED** that the automatic stay remains in effect in all other respects; and it is

**FURTHER ORDERED** that this Order shall be effective upon entry on the Court's docket, and the 14 day stay imposed by Bankruptcy Rule 4001(a)(3) shall not apply to this Order and is waived; and it is

**FURTHER ORDERED** that the Motion to Enforce Stay is **DENIED** as moot.

IT IS ORDERED, this __ day of September, 2010.
Wilmington, Delaware

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

DB04/836898.0002/3311000.1 DD02
PHIL1 1222087-1