IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| Franklin Bank Corporation, | : | Case No. 08-12924(CSS) |
| | : | |
| | : | Jointly Administered |
| Debtor. | : | Related to Docket No. 175 |

## ORDER

Upon consideration of the Motion of George L. Miller, Chapter 7 Trustee, for Order Shortening Notice with Respect to his Motion for an Order Authorizing and Directing the Production of Documents and Information from Non-Debtor Prosperity Bank Pursuant to Fed. R. Bankr. P. 2004 [D. I. 175] filed on September 7, 2010 (the "Motion to Shorten"). The Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction over the Motion to Shorten under 28 U.S.C. § 1334; and (b) the Motion to Shorten is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having determined that the movants have not established sufficient cause to justify the relief requested in the Motion to Shorten.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

The Motion to Shorten is DENIED.

Christopher S. Sontchi
United States Bankruptcy Court Judge

Dated: September 23, 2010