IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 7 |
|---|---|
| FRANKLIN BANK CORPORATION, | Case No. 08-12924 (CSS) |
| Debtor. | **Related Doc No. 174** |

## ORDER GRANTING MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR AN ORDER AUTHORIZING AND DIRECTING THE PRODUCTION OF DOCUMENTS AND INFORMATION FROM NON-DEBTOR PROSPERITY BANK PURSUANT TO BANKRUPTCY RULE 2004

This matter, having been brought before the Court on the Motion of George L. Miller (the "Trustee"), the Chapter 7 Trustee for the Estate of Franklin Bank Corporation, the above-captioned debtor, For an Order Authorizing and Directing the Production of Documents and Information From Non-Debtor Prosperity Bank ("Prosperity") Pursuant to Bankruptcy Rule 2004 (the "Motion"),[1] and the Court having considered the Motion and finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (c) notice of the Motion was sufficient under the circumstances; and the Court further determining that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein.

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. Prosperity Bank is directed to identify all accounts in the Debtor's name and produce for inspection and copying the information specified in the Motion including but not

---

[1] Unless otherwise defined, all capitalized terms shall have the same meaning ascribed to them in the Motion.

limited to all bank records, account statements, cancelled checks and other information related to any and all accounts in the Debtor's name within ten (10) days of the entry of this Order, at the offices of Klehr Harrison Harvey Branzburg LLP, Attn: Linda Richenderfer, Esquire, 919 Market Street, Suite 1000, Wilmington, Delaware, 19801.

3. To the extent necessary, the Trustee is authorized to issue and/or use notices of deposition and other compulsory process in connection with the production requests and examinations authorized and directed hereby.

Dated: 9/27, 2010

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge